UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :

KHALED MANSOOR MOHAMED OBAID,        :
                        :

            Plaintiff          :             26-CV-01038 (JAV)
                        :

        -v-                :             <u>ORDER</u>
                        :

PAMELA BONDI, in her official capacity as    :
Attorney General of the United States, et al.,    :
                        :

           Defendants.     :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On May 27, 2026, Defendants filed a motion to dismiss the petition for a writ of mandamus under Rule 12(b) of the Federal Rules of Civil Procedure.  It is hereby ORDERED that, pursuant to Rule 5.I of this Court's Individual Rules and Practices in Civil Cases, by **June 8, 2026**, the non-moving party must notify the Court whether it intends to file an amended pleading or rely on the pleading being attacked.

       If Plaintiff elects to amend his pleading, Plaintiff shall file any amended complaint by **June 17, 2026**.  Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings.  Plaintiff is on notice that there will likely not be any further opportunity to amend to address issues raised by the motion to dismiss.

       If Plaintiff does amend, by three (3) weeks after the amended pleading is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss.  If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

       If Plaintiff elects not to amend the pleadings, Plaintiff shall file any opposition to the motion to dismiss by **June 17, 2026**.  Defendants' reply, if any, shall be filed by **June 24, 2026**.

SO ORDERED.

Dated: June 1, 2026
      New York, New York                 _____
                                    JEANNETTE A. VARGAS
                                    United States District Judge